DANIEL J. BRODERICK, #89424
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID ROBERT CANDELARIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID ROBERT CANDELARIA, and<br>HAROLD DENNIS OATS,<br><br>    Defendants. | NO. 1:05-cr-00394 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND VACATE MOTIONS CALENDAR AS TO DEFENDANT CANDELARIA TO BE RESET BY THE COURT; AND TO RESET MOTIONS HEARING AND ORDER THEREON<br><br>Date:  April 3, 2006<br>Time:  9:00 a.m.<br>Judge: Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the previous motions calendar, in the above captioned matter, and in particular as to defendant David Robert Candelaria, be vacated and reset by the Court;

IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the motions hearing in the above captioned matter, set for March 20, 2006, be vacated, to be reset by the Court;

IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the Status Conference scheduled for March 20, 2006 be continued to **April 3, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

1   preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2       DATED : March 15, 2006

3       McGREGOR W. SCOTT
United States Attorney

/s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney at Law
Attorney for Plaintiff

DATED:  March 15, 2006    DANIEL J. BRODERICK
Acting Federal Defender

/s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorney for Defendant
DAVID ROBERT CANDELARIA

DATED:  March 15, 2006

/s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
HAROLD DENNIS OATS

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   March 17, 2006**          **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing
and Vacate Motions Calendar as to Defendant
Candelaria, etc.                    −2−