DANIEL J. BRODERICK, #89424
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID ROBERT CANDELARIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00394 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; AND ORDER THEREON |
| v. ) | |
| ) | |
| DAVID ROBERT CANDELARIA, and ) | Date: April 17, 2006 |
| HAROLD DENNIS OATS, ) | Time: 9:00 a.m. |
| ) | Judge: Anthony W. Ishii |
| Defendants. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing scheduled for April 3, 2006, in the above captioned case, may be continued to **April 17, 2006 at 9:00 a.m**;

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

1 preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2     DATED : March 30, 2006

3         McGREGOR W. SCOTT
        United States Attorney

/s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney at Law
Attorney for Plaintiff

DATED: March 30, 2006    DANIEL J. BRODERICK
        Acting Federal Defender

/s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorney for Defendant
DAVID ROBERT CANDELARIA

DATED: March 30, 2006

/s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
HAROLD DENNIS OATS

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:    March 31, 2006**      **/s/ Anthony W. Ishii**
0m8i78      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing
−2−