

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>        Plaintiffs,            )<br>                                 )<br>   vs.                           )<br>                                 )<br> HAROLD DENNIS OATS,             )<br>                                 )<br>        Defendant.              )<br>_____) | No. CR-05-394-AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on April 30, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: _4-30-07_

                              _____
                              ANTHONY W. ISHII
                              U.S. District Judge

9/26/96 exonbnd.frm

1