PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Harold Dennis OATS |
| **Docket Number:** | 1:05CR00394-001 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07-03-06 |
| **Original Offense:** | Cts. 1 through 4:  18 USC 1343 & 2 - Wire Fraud, Aiding and Abetting<br>(CLASS C FELONIES) |
| **Original Sentence:** | Cts. 1 through 4:  10 mos. BOP; 36 mos. TSR; $400 special assessment; $12,520 restitution; mandatory drug testing suspended |
| **Special Conditions:** | Warrantless search and seizure; financial disclosure; credit restrictions; and, DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09/28/2006 |
| **Assistant U.S. Attorney:** | Stanley A. Boone          **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Carolyn D. Phillips         **Telephone:** (559) 248-9833 |
| **Other Court Action:** | |
| <u>01/25/07</u>: | Violation Petition submitted alleging: 1) Failure to Report to the Probation Officer; 2) Failure to Pay Special Assessment and Restitution; and 3) Failure to Notify Probation Officer Ten Days Prior to Any Change in Residence.  Since the defendant's whereabouts where unknown, the Court issued an arrest warrant. On April 30, 2007, the defendant appeared before the |

**RE:    Harold Dennis OATS**
**       Docket Number:   1:05CR00394-001**
**       REPORT OF OFFENDER NON-COMPLIANCE**

|  |  |
|---|---|
|  | Court and admitted the Petition.  The Court revoked supervised release and sentenced the defendant to two months imprisonment with credit for time served.  The Court also ordered 22 months supervised release with standard conditions of supervision and the following special conditions: warrantless search and seizure; financial disclosure; credit restrictions; substance abuse counseling; substance abuse testing; 50 days CCC placement; $25 co-payment; and, DNA collection. |
| **07/13/07:** | Violation Petition submitted alleging Failure to Report to the Probation Officer and Submit a Truthful and Complete Written Report Within the First Five Days of Each Month.  Since the defendant's whereabout were unknown, the Court issued an arrest warrant.  The defendant admitted the Petition on September 4, 2007.  On September 17, 2007, the defendant's supervised release was revoked and he was sentenced to 4 months in the Bureau of Prisons, 30 months supervised release, and standard conditions of supervision.  The following special conditions of supervision were also ordered: warrantless search and seizure; not dissipate assets; financial disclosure; credit restrictions; substance abuse counseling; substance abuse testing; co-payment; and, DNA collection.  Previously imposed criminal monetary penalties that remain unpaid were also to remain in effect. |
| **12/13/07:** | Violation Petition submitted alleging Failure to Report to the Probation Office Within 72 Hours of Release From Custody.  The Court ordered a Warrant on December 17, 2007, in response to the Petition. |

RE:   Harold Dennis OATS
      Docket Number:   1:05CR00394-001
      **REPORT OF OFFENDER NON-COMPLIANCE**

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

### 1.   ILLICIT DRUG USE

**Details of alleged non-compliance:**  On December 20, 2007, the defendant reported to the probation office for supervision instructions.  The defendant admitted that since his release from the Bureau of Prisons on November 28, 2007, he had used methamphetamine.  The probation officer advised the defendant that a warrant had already been requested due to his failure to report to the probation office within 72 hours of his release from custody.  The defendant stated he had difficulties securing a stable residence following his release from custody, but had recently rectified the problem.

**United States Probation Officer Plan/Justification:**  Considering the defendant has reported to the probation office for supervision instructions, and has displayed a degree of responsibility for his recent violation conduct, it is recommended that the Court take no negative action at the present time regarding the defendant's illicit drug use in order to allow him to benefit from substance abuse treatment services.  Additionally, it is recommended the Court recall the supervised release warrant ordered on December 17, 2007, in order to implement supervision and treatment services.

**RE:    Harold Dennis OATS**
**Docket Number:   1:05CR00394-001**
<u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (661) 861-4305

**DATED:**     December 21, 20070
               Bakersfield, California
               RCW:dk

                       /s/ Rick C. Louviere
**REVIEWED BY:**  _____
               **RICK C. LOUVIERE**
               **Supervising United States Probation Officer**

_____

**THE COURT ORDERS:**

( **X** )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )   Submit a Request for Modifying the Conditions or Term of Supervision.

(  )   Submit a Request for Warrant or Summons.

( **X** )   Other:   The Court rescinds and recalls the Probation form 12C - Violation Petition dated December 13, 2007, and the warrant ordered on December 17, 2007.

IT IS SO ORDERED.

**Dated:   December 21, 2007**            /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE