Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Harold Oats

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:05CR00394 AWI DLB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **RESET HEARING DATE** |
| vs. | ) | |
| | ) | |
| HAROLD OATS, | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE to reset the status hearing currently set in this matter for July 3, 2008, to July 10, 2008 at 1:30 p.m., for the convenience of the parties and their counsel.

Dated: July 1, 2008                McGREGOR W. SCOTT
                                   United States Attorney


                                   By:   /s/ David Gappa
                                         DAVID GAPPA
                                         Attorney for Plaintiff


Dated: July 1, 2008                /s/ Carolyn D. Phillips
                                   CAROLYN D. PHILLIPS
                                   Attorney for Defendant Harold Oats

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Oats, 1:05CR000394 AWI*        1

## ORDER

IT IS ORDERED that the sentencing hearing in the matter of <u>United States v. Oats</u>, Case No. 1:05CR00394 AWI DLB be reset from July 3, 2008 at 1:30 p.m., to July 10, 2008, at 1:30 p.m.

Dated:  2 July 2008             /s/ Dennis L. Beck
                                DENNIS L. BECK, Judge
                                United States District Court
                                Eastern District of California